United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 2, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-10648
Summary Calendar

SABAH A. RAHIM,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social Security
Administration,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:03-CV-207-Y
--------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Sabah A. Rahim appeals the district court's affirmance of
the Commissioner's denial of his claim for Supplemental Security
Income benefits. Rahim contends that the Commissioner erred by
finding (1) that he was not disabled during the relevant period
and (2) that such a finding is improper without the
Commissioner's discussing in the written decision six evidentiary
factors set forth in Loza v. Apfel, 219 F.3d 378 (5th Cir. 2000).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Based on our review of the record, we conclude that the Commissioner's decision regarding Rahim's complaints of pain and the severity of his impairments is supported by substantial evidence.  The record also shows that the Administrative Law Judge fully developed the record and considered all of the medical evidence under the appropriate standard before rendering his decision, which the Commissioner adopted.  See Stone v. Heckler, 752 F.2d 1099, 1101 (5th Cir. 1985).

AFFIRMED.